## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR,<br><br>          Plaintiff,<br><br>     v.<br><br>DIRECTOR OF CDCR, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:07-cv-01768-AWI-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WITHIN FIFTEEN DAYS WHY ACTION SHOULD NOT BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO FILE AN AMENDED COMPLAINT<br><br>(Doc. 7) |

Plaintiff Charles Fordjour ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 20, 2008, the Court dismissed Plaintiff's complaint, with leave to amend, for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days. On April 28, 2008, the Court granted Plaintiff's motion for a thirty-day extension of time to comply with the order. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff has **fifteen (15) days** from the date of service of this order within which to show cause why this action should not be dismissed, with prejudice, for failure to state a claim upon which relief may be granted and failure to obey the Court's order to file an amended complaint; and

///

///

1

2. <u>The failure to respond and make a showing of good cause will result in dismissal of this action, with prejudice</u>.

IT IS SO ORDERED.

**Dated:**     **June 23, 2008**                                    /s/ Sandra M. Snyder
                                                                  UNITED STATES MAGISTRATE JUDGE