# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR,<br><br>        Plaintiff,<br><br>   v.<br><br>DIRECTOR OF CDCR, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01768-AWI-SMS PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, AND DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT IN COMPLIANCE WITH COURT'S ORDER OF MARCH 20, 2008 WITHIN THIRTY DAYS<br><br>(Docs. 7 and 17)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A CIVIL RIGHTS COMPLAINT FORM AND COPIES OF DOCUMENTS 1, 7, and 12 |

      On June 24, 2008, Plaintiff was ordered to show cause why this action should not be dismissed, with prejudice, for failure to file an amended complaint in compliance with the Court's order of March 20, 2008. Plaintiff filed a response on July 3, 2008.

      Based on Plaintiff's response, it is HEREBY ORDERED that:

      1.    The order to show cause is discharged;

      2.    Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an amended complaint in compliance with the Court's order of March 20, 2008;

      3.    The Clerk's Office shall send Plaintiff a blank civil rights complaint form and copies of documents 1, 7, and 12;[1] and

---

[1] Document 12 is a text order granting Plaintiff's motion for an extension of time to file an amended complaint, which Plaintiff contends he never received.

1

4. The failure to file an amended complaint in compliance with this order will result in dismissal of this action for failure to state a claim upon which relief may be granted under section 1983.

IT IS SO ORDERED.

Dated:     **October 2, 2008**                             /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE

2