1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10
11   CHARLES FORDJOUR,                      1:07-cv-01768-AWI-SMS (PC)

12          Plaintiff,                      ORDER GRANTING MOTION
                                            TO EXTEND TIME TO FILE FIRST
13      vs.                                 AMENDED COMPLAINT

14   DIRECTOR OF CDCR, et al.,              (DOCUMENT #23)

15          Defendants.                     THIRTY-DAY DEADLINE

16   _____/

17          On November 7, 2008, plaintiff  filed a motion  to extend time to file first amended

18   complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING

19   THEREFOR, IT IS HEREBY ORDERED that:

20          Plaintiff is granted **thirty (30) days** from the date of service of this order in which to

21   file first amended complaint.

22

23   IT IS SO ORDERED.

24   **Dated:    November 18, 2008            /s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE
25

26

27

28